DA VEGA | FISHER | MECHTENBERG, LLP
Matthew S. Da Vega (SB# 195443)
232 E. Anapamu St.
Santa Barbara, CA 93101
Telephone: 805.232.4471
Facsimile: 877.535.9358
Email: Mdavega@mdmflaw.com

Attorneys for Plaintiff
Medlin, et al.

MESSNER REEVES LLP
Eric De Wames (CA State Bar No. 229745)
edewames@messner.com
11620 Wilshire Blvd., Suite 500
Los Angeles, CA 90025
Telephone: (310) 909-7440
Facsimile: (310) 889-0896

MESSNER REEVES LLP
Charles C. Cavanagh (CA State Bar No. 198468)
ccavanagh@messner.com
1430 Wynkoop Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 623-1800
Facsimile: (303) 623-0552

Attorneys for Defendant
CHIPOTLE MEXICAN GRILL, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGHANNA MEDLIN, SUMMER DAVIS, GERALDINE FERNANDEZ, SYDNEY WHITEHURST, ISAIAH JORDAN WALLACE and, LEEYONTRE BUMPUS, individually,<br><br>    Plaintiffs,<br><br> v.<br><br>CHIPOTLE MEXICAN GRILL, INC., and DOES 1-25, inclusive,<br><br>    Defendants. | Case No.: 2:16-cv-03048-WBS-GGH<br><br>**REQUEST AND [PROPOSED] ORDER FOR PLAINTIFF AND DEFENSE COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>Date: April 24, 2017<br>Time: 1:30 p.m.<br><br>Action Filed: November 18, 2016<br>Action Removed: December 29, 2016<br>Trial Date: Not Set |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The initial pretrial conference required under Fed. R. Civ. P. 16 and LR 16.2 is scheduled for April 24, 2017, at 1:30 p.m., before Hon. William B. Shubb, Court Room #5 of Robert T. Matsui United States Courthouse - 501 I Street Sacramento, CA 95814.

Both Plaintiffs' counsel (Matthew S. Da Vega of DA VEGA FISHER MECHTENBERG LLP) and Defendant's Counsel (Eric De Wames of MESSNER REEVES, LLP), are satisfied to have the court issue a Status (Pretrial Scheduling) Order based on their Joint Status Report, instead of appearing at the Case Management Conference.

However, if Plaintiffs' counsel and Defendant's Counsel must appear, they request that they be allowed to appear at the Case Management Conference *by telephone*.

Plaintiff's counsel is located in Santa Barbara, CA and will be in a previously scheduled mediation on April 24, 2017. Defendant's counsel are located in Los Angeles, CA and Denver, Colorado. Appearance in person in Sacramento is unnecessarily costly and time consuming for all parties.

WHEREFORE, Plaintiffs and Defendant respectfully request leave of this Court for the parties to appear by telephone for the Case Management Conference, if one is held.

Dated:  April 11, 2017                    Respectfully submitted,


                                                            */s/ Matthew S. Da Vega*
                                                            Matthew S. Da Vega
                                                            DA VEGA FISHER MECHTENBERG LLP
                                                            Attorneys for Plaintiff Medlin, et al.


Dated: April 11, 2017                    */s/ Eric De Wames*
                                                            Eric De Wames
                                                            Charles C. Cavanagh
                                                            MESSNER REEVES, LLP
                                                            Attorneys for Defendant
                                                            Chipotle Mexican Grill,
                                                            Inc.

# ORDER

Both Lead Plaintiff's counsel (Matthew S. Da Vega) and Defendant's counsel (Eric De Wames and Charles Cavanagh) request to appear by telephone for the Case Management Conference scheduled for April 24, 2017 at 1:30 p.m. is hereby GRANTED. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED:**

Dated: April 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am employed in the City and County of Los Angeles, California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 11620 Wilshire Blvd., Suite 500, Los Angeles, CA 90025.

On April 12, 2017, I caused to be served the foregoing documents described as:

**REQUEST AND [PROPOSED] ORDER FOR PLAINTIFF AND DEFENSE COUNSEL TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**

On the interested parties as follows:

Matthew S. Da Vega
Matthew Fisher
Ted Mechtenberg
DA VEGA, FISHER, MECHTENBERG, LLP
232 E. Anapamu St.
Santa Barbara, CA 93101
Telephone: 805.232.4471
Facsimile: 877.535.9358
Email: mdavega@mdmflaw.com

**[ XX ]** [by ELECTRONIC SUBMISSION] I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

DATED: April 12, 2017

                                            */s/ Kylee Ashmore*
                                            Kylee Ashmore